UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

VERSUS                              CRIMINAL ACTION NO. 3:13CR00061-001

MICHAEL J. VAUGHN

## **ORDER OF FORFEITURE**

**WHEREAS**, the United States of America ("the Government") gave notice to the defendant Michael Vaughn ("the defendant") in the Bill of Information (Docket Entry # 1) that pursuant to Title 18 U.S.C. § 981(a)(1)(C) and Title 28, U.S.C. 2461(c), it was seeking the forfeiture of property, real and personal, constituting or derived from proceeds traceable to the conspiracy to violate the Safe Drinking Water Act, but not limited to a sum equal to approximately TWENTY-TWO THOUSAND, EIGHT HUNDRED NINETY-THREE DOLLARS AND NO/100 ($22,893.00); and

**WHEREAS**, the defendant, on May 29, 2013, pled guilty to a Bill of Information charging conspiracy to violate the Safe Drinking Water Act and to obstruct and defraud the EPA, in violation of Title 18, United States Code, Section 371, and to making false statements within the jurisdiction of the federal government, in violation of Title 18, United States Code, Section 1001, and agreed to the forfeiture allegation contained in the Bill of Information; and

**WHEREAS**, on May 13, 2013, Vaughn entered into a Plea Agreement with the United States agreeing to plead guilty to the charges set forth in the Bill of Information, and agreeing in paragraph 9, to forfeit all of his interests in any asset that was traceable to, derived from, or was a substitute for property that constituted the gross proceeds of his offense. He further agreed that the gross proceeds of his offense, as set forth in Count One of the Bill of Information, totaled

$22,893 and that the Court should enter a money judgment in that amount; and

**WHEREAS**, the United States has filed a Motion for Entry of a Preliminary Order of Forfeiture which seeks a personal money judgment against the defendant; and

**WHEREAS**, based upon the defendant's guilty plea, and the Factual Basis read into the record at the time of Arraignment, the Government has established that the defendant received at least TWENTY-TWO THOUSAND, EIGHT HUNDRED NINETY-THREE DOLLARS AND NO/100 ($22,893.00) in kick backs from RAM Environmental Services, Inc. for improperly disposing of the industrial wastewater into the FAS Environmental Services injection well;

**IT IS HEREBY ORDERED** that a forfeiture money judgment against the defendant, Michael Vaughn, in favor of the United States, is entered in the amount of TWENTY-TWO THOUSAND, EIGHT HUNDRED NINETY-THREE DOLLARS AND NO/100 ($22,893.00), representing kick backs received by the defendant from RAM Environmental Services, Inc. as a result of the offenses to which he pled guilty.

**IT IS FURTHER ORDERED** that in accordance with the provisions of Rule 32.2, the Government is permitted to undertake whatever discovery necessary to identify, locate, or dispose of the property subject to forfeiture or substitute assets for such property.

This Order shall become final as to the defendant at the time of sentencing, be made part of his sentence, and be included in his criminal judgment. The Court retains jurisdiction to enforce this Order.

SIGNED this 7th day of June 2013.

_____
JAMES J. BRADY
UNITED STATES DISTRICT COURT